1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESS RICO MARTINEZ,

11          Petitioner,              No. CIV S-09-1138 JAM EFB P

12      vs.

13   PEOPLE OF THE STATE OF
     CALIFORNIA,
14
           Respondent.            ORDER
15
     _____/
16

17          Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C.

18   § 2254.  Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).

19          Petitioner challenges a conviction in the Tulare County Superior Court and so this action

20   should have been commenced in the district court in Fresno.  Local Rule 3-120(d).  The court

21   will not rule on petitioner's application leave for to proceed *in forma pauperis*.

22          Accordingly, it is hereby ordered that:

23          1.  This action is transferred to the district court in Fresno.  *See* Local Rule 3-120(f).

24          2.  The Clerk of Court shall assign a new case number;

25   ////

26   ////

1    3. All future filings shall bear the new case number and shall be filed at:

2            United States District Court
         Eastern District of California
3        2500 Tulare Street
         Fresno, CA 93721
4

5    DATED:  May 12, 2009.

6                              _____
                              EDMUND F. BRENNAN
7                              UNITED STATES MAGISTRATE JUDGE